UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ARIZONA REGIONAL MULTIPLE LISTING SERVICE, INC.; BRIDGEMLS, INC.; CAROLINA MULTIPLE LISTING SERVICES, INC., d/b/a CANOPY MLS; METROLIST, INC., d/b/a RECOLORADO; NORTH CAROLINA REGIONAL MLS, LLC, d/b/a HIVE, MLS; TRIANGLE MLS, INC., d/b/a DOORIFY, MLS,<br><br>Plaintiffs,<br><br>v.<br><br>COMPASS, INC.,<br><br>Defendant. | **Case No. 1:26-CV-9253**<br><br>**NOTICE OF SUPPLEMENTAL EXHIBITS TO COMPLAINT** |

PLEASE TAKE NOTICE that Plaintiffs Arizona Regional Multiple Listing Service, Inc. ("ARMLS"); BridgeMLS, Inc. ("BridgeMLS"); Carolina Multiple Listing Services, Inc., d/b/a Canopy MLS ("Canopy MLS"); Metrolist, Inc., d/b/a REcolorado ("REcolorado"); North Carolina Regional MLS, LLC, d/b/a Hive, MLS ("Hive MLS"); Triangle MLS, Inc., d/b/a Doorify, MLS ("Doorify MLS") (collectively, the "MLS Parties") by and through their undersigned counsel, file the exhibits to the complaint listed below:

Exhibit A AR MLS Rules

Exhibit B AR MLS Penalties

Exhibit C Bridge MLS Rules

Exhibit D Bridge MLS Fines

Exhibit E Canopy MLS Rules

Exhibit F Canopy MLS Seller Authorization Form

Exhibit G REcolorado Rules

Exhibit H Hive MLS Rules

Exhibit I Doorify MLS Rules

Exhibit J Doorify MLS Fines

Exhibit K AR MLS Demand Letter

Exhibit L Bridge MLS Demand Letter

Exhibit M Canopy MLS Demand Letter

Exhibit N REcolorado Demand Letter

Exhibit O Hive MLS Demand Letter

Exhibit P Doorify MLS Demand Letter

Dated: New York, New York
October 22, 2026

John M. Ferrin-Clancy

John J.D. McFerrin-Clancy
(Bar No. 2267607)
McFerrin-Clancy LLC
17 State Street, 40th Floor
New York, New York 10004
(646) 771-7377
jmc@mcferrin-clancy.com