IH-32 Rev: 2014-1

# United States District Court
for the
# Southern District of New York
## Related Case Statement

Full Caption of Later Filed Case:

ARIZONA REGIONAL MULTIPLE LISTING SERVICE, INC., et al.

| | |
|---|---|
| Plaintiff | Case Number |
| vs. | 1:26-cv-09253 |
| COMPASS, INC. | |
| Defendant | |

Full Caption of Earlier Filed Case:

(including in bankruptcy appeals the relevant adversary proceeding)

CALIFORNIA REGIONAL MULTIPLE LISTING SERVICE, INC.

| | |
|---|---|
| Plaintiff | Case Number |
| vs. | 1:26-cv-08796-MKV |
| COMPASS, INC. | |
| Defendant | |

Status of Earlier Filed Case:

☐ Closed (If so, set forth the procedure which resulted in closure, e.g., voluntary dismissal, settlement, court decision. Also, state whether there is an appeal pending.)

☑ Open (If so, set forth procedural status and summarize any court rulings.)

The earlier-filed case (CRMLS v. Compass) was just filed on October 5, 2026; thus, the case is at the very beginning. The complaint and associated filings have been filed, but no other action has been taken.

Explain in detail the reasons for your position that the newly filed case is related to the earlier filed case.

The two cases raise the same claims regarding the same factual background against the same defendant. In both cases, regional multiple listing service ("MLS") cooperatives bring claims seeking the same declaratory relief--that their substantively similar cooperative rules do not violate federal antitrust law--against the same defendant, Compass, Inc. Both cases arise from the same events: A coordinated campaign of substantively similar demand letters from Compass to numerous regional MLSs that threaten federal antitrust litigation unless the MLSs capitulate to Compass's demands.

If the actions proceed separately, there is a substantial risk that the litigants could be subject to inconsistent rulings on substantially similar questions. The issues to be litigated in both cases are the same. Additionally, absent a finding of relatedness, the Court and the parties would likely duplicate discovery and other efforts across the cases. The discovery sought of Compass will be largely identical in both cases, and the Compass witnesses likely will be the same in both cases. Compass likely will seek similar discovery as to all of the plaintiffs across the cases. If the cases proceed separately, this will put undue burden on the Court, the parties, and the common witnesses.

Signature: /s/ John J.D. McFerrin-Clancy Date: 10/22/2026

Firm: McFerrin-Clancy LLC
17 State Street, 40th Floor, New York, NY 10004