# Exhibit B

**From:** Ethan Glass
**To:** mskinner@larsonskinner.com
**Cc:** Jacobsen, Vanessa G.; Eimer, Nate
**Subject:** Re: Compass demand: clients represented, request for release
**Date:** Monday, October 5, 2026 4:52:44 PM

**WARNING: External Email**

Hi Mitch, we can agree to extend the deadline for Arizona Regional MLS, Doorify MLS, Hive MLS, OneKey MLS, and Unlock MLS to and including October 20, 2026. Best, eg

> **From:** Mitchell Skinner <mskinner@larsonskinner.com>
> **Sent:** Friday, September 18, 2026 12:29 PM
> **To:** Eimer, Nate <neimer@EimerStahl.com>; Chang, Brian <bchang@EimerStahl.com>
> **Subject:** Re: Compass demand: clients represented, request for release
>
> **WARNING: External Email**
>
> Updating to correct Brian Chang's email address. Thanks.
>
> ---
>
> **Mitchell A. Skinner**
>
> Attorney at law
>
> **LARSONSKINNER**, PLLC
>
> attorneys at law
>
> 7595 Currell Blvd, #251336
>
> St. Paul, MN 55125
>
> Direct: 612.424.6775
>
> Web: www.larsonskinner.com
>
> On Fri, Sep 18, 2026 at 11:26 AM Mitchell Skinner <mskinner@larsonskinner.com>

wrote:

Nathan,

Thank you for taking the time to talk with me. As we discussed, our firm represents Arizona Regional MLS, Doorify MLS, Hive MLS, OneKey MLS, and Unlock MLS regarding the Compass demand letter. Please send the draft release at your earliest convenience.

Thanks,

Mitch

---

**Mitchell A. Skinner**

Attorney at law

**LARSONSKINNER**, PLLC

attorneys at law

7595 Currell Blvd, #251336

St. Paul, MN 55125

Direct: 612.424.6775

Web: www.larsonskinner.com

-

-

--
**Ethan Glass**

Chief Legal Officer
Compass International Holdings
Mobile:

@properties | Better Homes & Gardens Real Estate | Century 21 | Christie's International Real Estate | Coldwell Banker | Compass | Corcoran | ERA | Sotheby's International Realty